| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | U.S. Court of Appeals, Ninth Circuit | 04/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Ninth Circuit (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Avondale Acres Investment Partnership |
| 2. Committee Member | Commission on the Future of Legal Education |
| 3. Committee Member | National Conference of Bar Examiners Torts Drafting Committee |
| 4. Trustee | Trust #1 (reportable assets are included in Part VII) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | National Conference of Bar Examiners (stipend) | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Arizona State Retirement System (pension) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commission on the Future of Legal Education | February 14-15, 2019 | New York, NY | Committee Member, CFLE Working Session | Transportation, meals, lodging |
| 2. | Commission on the Future of Legal Education | March 3-4, 2019 | Austin, TX | Committee Member, Conference of Chief Justices | Transportation, meals, lodging |
| 3. | Fordham University | March 29 - April 1, 2019 | New York, NY | Kaufman Moot Court Competition Judge | Transportation, meals, lodging |
| 4. | National Conference of Bar Examiners | April 25-28, 2019 | Palm Spring, CA | Torts Drafting Committee Meeting | Transportation, meals, lodging |
| 5. | National Conference of Bar Examiners | November 21-24, 2019 | Maui, HI | Torts Drafting Committee Meeting | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Portfolio Loan | None |
| 2. Goldman Sachs | Portfolio Loan | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   US BANK (cash) | A | Interest | L | T | | | | | |
| 3.   AVONDALE ACRES INVESTMENT PARTNERSHIP (REAL ESTATE, AVONDALE, AZ) | A | Distribution | K | W | | | | | |
| 4.   TRUST ACCOUNT (H) | | | | | | | | | |
| 5.   MORGAN STANLEY BANK N.A. (cash) | A | Interest | | | Closed | 05/01/19 | K | | |
| 6.   GOLDMAN SACHS BANK USA (cash) (X) (Y) | | | | | | | | | |
| 7.   US BANK NATL ASSOC (cash) (X) (Y) | | | | | | | | | |
| 8.   CUBESMART COM (CUBE) | A | Dividend | J | T | | | | | |
| 9.   EQUITY LIFESTYLE PROPERTIES (ELS) | A | Dividend | K | T | | | | | |
| 10.  ALPS ALERIAN MLP ETF (AMLP) | | None | L | T | Buy | 12/02/19 | L | | |
| 11.  JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | C | Dividend | | | Sold | 12/02/19 | L | | |
| 12.  BNY MELLON SMALL MID CAP GRWTH CL I (SDSCX) | | None | K | T | Buy | 07/01/19 | K | | |
| 13.  COHEN & STEERS PREF SEC&INC I (CPXIX) | B | Dividend | K | T | | | | | |
| 14.  COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | D | Dividend | | | Sold | 07/01/19 | L | | |
| 15.  DOUBLELINE TOTAL RETURN (DBLTX) | B | Dividend | M | T | Buy (add'l) | 07/01/19 | L | | |
| 16.  DOUBLELINE SHILLER ENH CAPE (DSEEX) | D | Dividend | M | T | Sold (part) | 09/17/19 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | D | Dividend | | | Sold | 12/20/19 | L | | |
| 18. FIRST EAGLE GOLD (FEGIX) | A | Dividend | L | T | | | | | |
| 19. FRANKLIN INTERNATIONAL GROWTH ADVANCED (FNGZX) | A | Dividend | K | T | | | | | |
| 20. ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | K | T | Buy (add'l) | 07/01/19 | K | | |
| 21. ISHARES EDGE MSCI USA MIN VOL ETF (USMV) | A | Dividend | L | T | Sold (part) | 07/01/19 | K | | |
| 22. ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | L | T | Buy (add'l) | 07/01/19 | K | | |
| 23. MATTHEWS ASIAN JAPAN (MJFOX) | C | Dividend | K | T | | | | | |
| 24. METROPOLITAN WEST TOT RET BD I (MWTIX) | B | Dividend | K | T | | | | | |
| 25. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | K | T | | | | | |
| 26. PACER TRENDPILOT US LARGE CAP (PTLC) | B | Dividend | M | T | Buy (add'l) | 07/01/19 | L | | |
| 27. | | | | | Sold (part) | 09/17/19 | K | B | |
| 28. PACER TRENDPILOT US MID CAP ETF (PTMC) | A | Dividend | K | T | Buy | 07/01/19 | K | | |
| 29. PACER BENCHMARK DATA & INFRA RE SECT ETF (SRVR) | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 30. PGIM TOT RET BD Z (PDBZX) | C | Dividend | L | T | | | | | |
| 31. PIMCO SHORT TERM P (PTSPX) | A | Dividend | J | T | | | | | |
| 32. PIMCO INCOME P (PONPX) | C | Dividend | | | Sold | 12/20/19 | L | | |
| 33. STRATEGY NASDAQ 7 HANDL INDEX ETF (HNDL) | A | Dividend | K | T | Buy | 07/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. T ROWE PRICE MID CAP GR ADV (RPMGX) | B | Dividend | K | T | | | | | |
| 35. T ROWE PRICE QM US SMALL CAP GROWTH EQUITY (PRDSX) | A | Dividend | K | T | | | | | |
| 36. TRANSAMERICA BOND CL I (TFXIX) | | None | K | T | Buy | 12/20/19 | K | | |
| 37. VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | Sold (part) | 07/01/19 | K | D | |
| 38. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | | | Sold | 07/01/19 | K | A | |
| 39. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | | | Sold | 07/01/19 | K | B | |
| 40. WELLS FARGO MUNI BOND (WMBIX) | A | Dividend | K | T | | | | | |
| 41. WISDOMTREE EMERG MKTS DIV ETF (DVEM) | A | Dividend | K | T | Buy | 12/20/19 | K | | |
| 42. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | | | | | |
| 43. WISDOMTREE EMERG MKTS CONS GRWTH FD (EMCG) | A | Dividend | K | T | Buy | 12/20/19 | K | | |
| 44. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | | | | | |
| 45. IRA #1 (H) | | | | | | | | | |
| 46. MORGAN STANLEY BANK N.A. (cash) | A | Interest | | | Closed | 04/01/19 | J | | |
| 47. HSBC BANK USA NATL ASSOC (cash) | A | Interest | K | T | Open | 04/01/19 | J | | |
| 48. JPMORGAN CHASE ALERIAN MLP INDEX (AMJ) | B | Dividend | K | T | Buy | 06/28/19 | K | | |
| 49. INVESCO DB COMM IDX TRA (DBC) | | None | | | Sold | 06/28/19 | K | | |
| 50. AIG FOCUSED DIV STRAT A (FDSAX) | B | Dividend | K | T | Sold (part) | 06/28/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | COHEN & STEERS PREF SEC&INC I (CPXIX) | B | Dividend | K | T | Sold (part) | 12/20/19 | J | | |
| 52. | COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | D | Dividend | K | T | Sold (part) | 06/28/19 | K | | |
| 53. | DOUBLELINE TOTAL RETURN (DBLTX) | B | Dividend | L | T | Buy (add'l) | 06/28/19 | K | | |
| 54. | DOUBLELINE SHILLER ENH CAPE (DSEEX) | C | Dividend | L | T | | | | | |
| 55. | FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | C | Dividend | K | T | | | | | |
| 56. | FIRST EAGLE GOLD (FEGIX) | A | Dividend | K | T | Buy (add'l) | 06/28/19 | J | | |
| 57. | FLEXSHARES TR STOXX GLOBR INF (NFRA) | A | Dividend | | | Sold | 06/28/19 | J | | |
| 58. | FLEXSHARES GLOBAL UPSTREAM NAT (GUNR) | A | Dividend | | | Sold | 06/28/19 | J | | |
| 59. | ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | K | T | Buy (add'l) | 06/28/19 | K | | |
| 60. | ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | K | T | Buy | 06/28/19 | K | | |
| 61. | ISHARES EDGE MSCI MIN VOL ETF (USMV) | A | Dividend | K | T | Buy | 06/28/19 | K | | |
| 62. | HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | K | T | Sold (part) | 06/28/19 | J | | |
| 63. | MATTHEWS ASIAN JAPAN INV (MJFOX) | B | Dividend | K | T | Sold (part) | 06/28/19 | J | | |
| 64. | METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | K | T | | | | | |
| 65. | PACER TRENDPILOT 750 ETF (PTLC) | B | Dividend | M | T | Buy (add'l) | 06/28/19 | K | | |
| 66. | PACER TRENDPILOT US MID CAP ETF (PTMC) | A | Dividend | K | T | Buy | 06/28/19 | K | | |
| 67. | PACER BENCHMARK DATA & INFRA RE SECT ETF (SRVR) | A | Dividend | K | T | Buy | 12/20/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. PGIM FLOATING RATE INC Z (FRFZX) | A | Dividend | J | T | | | | | |
| 69. PGIM TOT RET BD Z (PDBZX) | C | Dividend | K | T | Sold<br>(part) | 06/28/19 | K | | |
| 70. PIMCO INCOME P (PONPX) | B | Dividend | K | T | | | | | |
| 71. STRAT NASDAQ 7 HANDL ETF (HNDL) | B | Dividend | K | T | Buy | 06/28/19 | K | | |
| 72. T ROWE PRICE QM US SM CP GR EQ (PRDSX) | A | Dividend | J | T | Sold<br>(part) | 06/28/19 | J | | |
| 73. T ROWE PRICE MID CAP GR ADV (RPMGX) | A | Dividend | J | T | Sold<br>(part) | 06/28/19 | K | | |
| 74. TOUCHSTONE SANDS CAP SEL GR Y (CFSIX) | | None | | | Sold | 06/28/19 | L | | |
| 75. VANGUARD INFLAT PROT SEC FUND (VIPSX) | A | Dividend | J | T | | | | | |
| 76. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold<br>(part) | 06/28/19 | J | | |
| 77. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | J | T | Sold<br>(part) | 06/28/19 | J | | |
| 78. VANGUARD SHORT TERM BOND ETF (BSV) | A | Dividend | | | Buy | 06/28/19 | J | | |
| 79. | | | | | Sold | 12/20/19 | J | | |
| 80. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | | | Sold | 06/28/19 | K | | |
| 81. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | | | | | |
| 82. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | Sold<br>(part) | 06/28/19 | J | | |
| 83. IRA #2 (H) | | | | | | | | | |
| 84. JOHN HANCOCK MGD VOL GROWTH PORTFOLIO | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. IRA #3 (H) | | | | | | | | | |
| 86. CUBESMART COM (CUBE) | A | Dividend | J | T | | | | | |
| 87. EQUITY LIFESTYLE PROPERTIES (ELS) | A | Dividend | J | T | | | | | |
| 88. JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | A | Dividend | J | T | | | | | |
| 89. BNY MELLON SM/MD/CAP GRW I (SDSCX) (FORMERLY DREYFUS TBC) | | None | J | T | Buy (add'l) | 07/01/19 | J | | |
| 90. AIG FOCUSED DIV STRAT A (FDSAX) | A | Dividend | | | Sold (part) | 07/01/19 | J | | |
| 91. | | | | | Sold | 12/23/19 | J | | |
| 92. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | | | | | |
| 93. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | B | Dividend | J | T | Sold (part) | 07/01/19 | J | | |
| 94. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |
| 95. DOUBLELINE SHILLER ENH CAPE (DSEEX) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |
| 96. | | | | | Sold (part) | 12/20/19 | J | | |
| 97. FIDELITY ADV EMERG MKTS I (FIMKX) | A | Dividend | J | T | | | | | |
| 98. FIRST EAGLE GOLD (FEGIX) | A | Dividend | J | T | | | | | |
| 99. FRANKLIN INTL GROWTH ADV (FNGZX) | A | Dividend | J | T | Sold (part) | 07/01/19 | J | | |
| 100. ISHARES MORTGAGE REAL ESTATE (REM) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |
| 101. ISHARES RESIDNTL RL EST ETF (REZ) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. ISHARES EDGE MSCI USA MIN VOL (USMV) | A | Dividend | J | T | Sold | 07/01/19 | J | | |
| 103. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 104. MATTHEWS ASIAN JAPAN INV (MJFOX) | A | Dividend | J | T | | | | | |
| 105. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | | | | | |
| 106. PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | K | T | Buy (add'l) | 07/01/19 | J | | |
| 107. PACER TRENDPILOT US MID CAP ETF (PTMC) | A | Dividend | J | T | Buy | 07/01/19 | J | | |
| 108. PACER BENCHMARK DATA & INFRA RE SECT ETF (SRVR) | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 109. PGIM FLOATING RATE INC Z (FRFZX) | A | Dividend | | | Sold | 12/20/19 | J | | |
| 110. PGIM TOT RET BD Z (PDBZX) | A | Dividend | J | T | | | | | |
| 111. PIMCO INCOME (PONPX) | A | Dividend | J | T | Sold (part) | 07/23/19 | J | | |
| 112. STRATEGY NASDAQ 7 HANDL INDEX ETF (HNDL) | A | Dividend | J | T | Buy | 07/01/19 | J | | |
| 113. TOUCHSTONE SANDS CAP SEL GR (CFSIX) | | None | | | Sold | 07/01/19 | J | | |
| 114. VANGUARD GROWTH ETF (VUG) | A | Dividend | J | T | | | | | |
| 115. WISDOMTREE TRUST JAPN HEDGE (DXJ) | A | Dividend | J | T | | | | | |
| 116. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | J | T | | | | | |
| 117. IRA #4 (H) | | | | | | | | | |
| 118. INVESCO DB COMMODITY INDEX TRA (DBC) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. AIG FOCUSED DIV STRAT A (FDSAX) | A | Dividend | J | T | | | | | |
| 120. COLUMBIA SELECT LG CAP GW I (UMLGX) (X) | A | Dividend | J | T | | | | | |
| 121. DOUBLELINE SHILLER ENH CAPE (DSEEX) | A | Dividend | J | T | | | | | |
| 122. PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | J | T | | | | | |
| 123. PGIM TOT RET BD Z (PDBZX) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 124. TOUCHSTONE SANDS CAP SEL GR (CFSIX) | A | Dividend | J | T | | | | | |
| 125. VANGUARD GROWTH ETF (VUG) (X) | A | Dividend | J | T | | | | | |
| 126. 529 #1 (H) | | | | | | | | | |
| 127. AMERICAN AMCAP 529A (CAFAX) | A | Dividend | K | T | | | | | |
| 128. AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | K | T | | | | | |
| 129. 529 #2 (H) | | | | | | | | | |
| 130. AMERICAN AMCAP 529A (CAFAX) | A | Dividend | K | T | | | | | |
| 131. AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | K | T | | | | | |
| 132. 529 #3 (H) | | | | | | | | | |
| 133. AMERICAN AMCAP 529A (CAFAX) | A | Dividend | J | T | | | | | |
| 134. AMERICAN BALANCED 529 A (CLBAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Trust Accounts 1, 2, & 3 of the prior report were consolidated into a single account during 2019.  This process did not involve reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544